Rel: August 16, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0913

Lela Lavine v. Crestwood Healthcare, L.P., d/b/a Crestwood Medical Center (Appeal from Madison Circuit Court: CV-21-110).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.